# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162121(6)

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

AFT MICHIGAN,
          Plaintiff,                      SC: 162121
v                                      USDC-ED: 4:17-cv-13292

PROJECT VERITAS, et al.,
          Defendants,
and

MICHIGAN ATTORNEY GENERAL,
          Intervening Defendant.

_____/

On order of the Chief Justice, the joint motion and stipulation of the parties to establish a briefing schedule is GRANTED. The adjusted briefing schedule is as follows: (1) The primary briefs of plaintiff and the Attorney General in support of the plaintiff's position are due on December 23, 2020; (2) the primary briefs of defendants and the Attorney General in support of the defendants' position are due on January 27, 2021; and (3) the reply briefs of the plaintiff and the Attorney General in support of the plaintiff's position are due on February 17, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020               

                                            Clerk